United States Bankruptcy Court

Middle District of Florida

In re:     Case No. 21-03248-GER

Wendy Sharon Perrott     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6     User: admin     Page 1 of 3
Date Rcvd: Jan 19, 2022     Form ID: B318     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendy Sharon Perrott, 309 Lakeshore Pointe Blvd, Mount Dora, FL 32757-5402 |
| cr | + | Heather and Jason Dacus, c/o Christopher R. Thompson, Burr & Forman LLP, 200 S. Orange Ave., Suite 800, Orlando, FL 32801-6404 |
| cr | + | Wells Fargo Bank, N.A., Home Equity Group - Collections Foreclos, P.O. Box 2248, Jacksonville, FL 32203-2248 |
| 29614201 | + | Bankfirst, c/o Tom Popieski, Area Pres, 15119 US Hwy #441, Eustis, FL 32726-6588 |
| 29614200 | + | Bankfirst, 1031 W Morse Blvd Ste 32, Winter Park, FL 32789-3715 |
| 29614202 | + | Bmo Harris Bank, Attn: Bankruptcy, Po Box 2035, Milwaukee, WI 53201-2035 |
| 29614203 | + | Chase Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 29614206 | + | Department of Health, Attn: Sarah Corrigan, DOH Prosecution Svcs Unit, 4052 Bald Cypress Way, Tallahassee, FL 32399-7017 |
| 29614207 | + | Jason & Heather Dacus, c/o C,G,W&C, 801 N. Orange Ave, Suite 830, Orlando, FL 32801-5203 |
| 29614210 | + | Lubell, Rosen, Museum Plaza, Suite 900, 200 S. Andrews Ave Fort Lauderdale, FL 33301-2068 |
| 29614214 | + | Rissman Barrett Hurt, Donahue, Mclain & Mangan, 201 East Pine Street, 15th Floor, Orlando, FL 32801-2728 |
| 29614218 | + | TD Bank, NA, 9715 Gate Parkway North, Jacksonville, FL 32246-8221 |
| 29614219 | + | The Audain Perrott Family Tr, 400 West Woodward Ave, Eustis, FL 32726-4555 |
| 29614221 | + | Wheaton Bank & Trust, 211 S Wheaton Ave, Wheaton, IL 60187-5251 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMEHENKEL.COM | Jan 20 2022 02:33:00 | Marie E. Henkel, 3560 South Magnolia Avenue, Orlando, FL 32806-6214 |
| 29614199 | | EDI: BANKAMER.COM | Jan 20 2022 02:33:00 | Bank of America NA, P.O. Box 982236, El Paso, TX 79998 |
| 29614204 | + | EDI: CITICORP.COM | Jan 20 2022 02:33:00 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 29614205 | + | EDI: WFNNB.COM | Jan 20 2022 02:33:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 29614196 | | EDI: FLDEPREV.COM | Jan 20 2022 02:33:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 29614197 | | EDI: IRS.COM | Jan 20 2022 02:33:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 29614208 | + | Email/Text: Bankruptcy@laketax.com | Jan 19 2022 21:36:00 | Lake County Tax Collector, Attn: David W. Jordan, P.O. Box 327, Tavares, FL 32778-0327 |
| 29614195 | + | Email/Text: Bankruptcy@laketax.com | Jan 19 2022 21:36:00 | Lake County Tax Collector, Post Office Box 327, Tavares FL 32778-0327 |
| 29614209 | + | Email/Text: Bankruptcy@laketax.com | Jan 19 2022 21:36:00 | Lake County Tax Collector, Attn: David Jordan, P.O. Box 327, Tavares, FL 32778-0327 |
| 29614211 | + | Email/Text: cedwards@ncsplus.com | Jan 19 2022 21:37:00 | NCSPlus Incorporated, Attn: Bankruptcy, 117 East 24th Street,, 5th Floor, New York, NY 10010-2937 |
| 29614212 | + | Email/Text: newbk@Regions.com | Jan 19 2022 21:37:00 | Regions Bank, P.O. Box 830734, Birmingham, AL 35283-0734 |

| District/off: 113A-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: B318 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 29614213 | + | Email/Text: mtg.bankruptcy@regions.com | Jan 19 2022 21:37:00 | Regions Mortgage, Attn: Bankruptcy, Po Box 18001, Hattiesburg, MS 39404-8001 |
| 29614215 | + | Email/Text: bankruptcy@bbandt.com | Jan 19 2022 21:37:00 | Suntrust Bank, Attn: Bankruptcy, Mailcode VA-RVW-6290, POB 8509, Richmond, VA 23286-0001 |
| 29614216 | + | EDI: RMSC.COM | Jan 20 2022 02:33:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 29614217 | + | EDI: WTRRNBANK.COM | Jan 20 2022 02:33:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 29614220 | + | EDI: WFFC.COM | Jan 20 2022 02:38:00 | Wells Fargo Mortgage, Att: Written Correspondance, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29614198 | | Audain Fed-Leon |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2022           Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Audrey M Aleskovsky | on behalf of U.S. Trustee United States Trustee - ORL7/13 Audrey.M.Aleskovsky@usdoj.gov |
| Christopher R Thompson | on behalf of Creditor Heather and Jason Dacus crthompson@burr.com lloving@burr.com;ccrumrine@burr.com |
| Marie E. Henkel | mehenkel@yahoo.com mhenkel@ecf.axosfs.com |
| Miriam G Suarez | on behalf of U.S. Trustee United States Trustee - ORL7/13 Miriam.G.Suarez@usdoj.gov |
| Patrick Allen Hruby | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com |
| Samuel R Pennington | on behalf of Debtor Wendy Sharon Perrott info@penningtonlawfirmpa.com drabrams620@gmail.com;srplaw48@earthlink.net;penningtonsr67203@notify.bestcase.com;esteelepenningtonlaw@yahoo.com |
| United States Trustee - ORL7/13 | |

District/off: 113A-6                           User: admin                              Page 3 of 3
Date Rcvd: Jan 19, 2022                     Form ID: B318                            Total Noticed: 30

USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Wendy Sharon Perrott<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0344<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Florida | | |
| Case number:   6:21-bk-03248-GER | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Wendy Sharon Perrott
aka Wendy Perrott, aka Wendy S Perrott

Dated: January 19, 2022

_____
Grace E. Robson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 **Order of Discharge** page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**